ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    E-mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SACV 06-00342-CJC (ANx) |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| vs. | |
| REAL PROPERTY IN ANAHEIM, CALIFORNIA, | |
| Defendant. | |
| COUNTRYWIDE HOME LOANS, INC., | |
| Lienholder. | |

//

//

1  Good cause appearing, IT IS HEREBY ORDERED that the instant
2  action shall be dismissed without prejudice.  Each party shall
3  bear its own costs and attorney's fees in connection with this
4  action.
5  **IT IS SO ORDERED.**

7  DATED: February 18, 2014

   Honorable Cormac J. Carney
   U.S. District Judge


   Respectfully submitted,

   ANDRÉ BIROTTE JR.
   United States Attorney
   ROBERT E. DUGDALE
   Assistant United States  Attorney
   Chief, Criminal Division
   STEVEN R. WELK
   Assistant United States Attorney
   Chief, Asset Forfeiture Section


   _____
   FRANK D. KORTUM
   Assistant United States Attorney

   Attorneys for Plaintiff
   UNITED STATES OF AMERICA